**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s): Rolex Watch U.S.A., Inc.**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Sean D Garrison**
**Bacal Law Group, P.C.**
**6991 E. Camelback Road, Suite D-102**
**Scottsdale, Arizona  85251**
**480-719-8501**

**Glenn S Bacal**
**Bacal Law Group, P.C.**
**6991 East Camelback Road, Suite D-102**
**Scottsdale, Arizona  85251**
**480-245-6233**

**Defendant(s): Vintage Watchmaker LLC ; Jensen Dinh**

County of Residence: Maricopa

Defendant's Atty(s):

---

II. Basis of Jurisdiction:          **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:          **840 Trademark**

VI. Cause of Action:          **TRADEMARK COUNTERFEITING, 15 U.S.C. § 1114; TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114; FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTIONS AND REPRESENTATIONS, AND UNFAIR COMPETITION, 15 U.S.C. § 1125(a)**

## VII. Requested in Complaint

|  |  |
|---|---|
| Class Action: | **No** |
| Dollar Demand: | **unspecified** |
| Jury Demand: | **No** |

## VIII. This case **is not related** to another case.

---

**Signature:**  **/s/ Sean D. Garrison**

  **Date:**  **07/23/2018**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**