**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
**BACAL LAW GROUP, P.C.**
**D/B/A/ BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Telephone:  (480) 245-6230
Fax: (480) 245-6231

OF COUNSEL:
**Brian W. Brokate** (admitted pro hac vice)
E-mail: bwbrokate@gibney.com
**Beth M. Frenchman** (admitted pro hac vice)
E-mail: bfrenchman@gibney.com
**Maja Szumarska** (admitted pro hac vice)
E-mail: mszumarska@gibney.com
**GIBNEY ANTHONY & FLAHERTY, LLP**
665 Fifth Avenue
New York, New York 10022
Telephone:  (212) 688-5151
Fax:  (212) 688-8315

*Attorneys for Plaintiff*
*Rolex Watch U.S.A., Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rolex Watch U.S.A., Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>Vintage Watchmaker LLC and Jensen Dinh,<br><br>    Defendants. | Civil Action No. 2:18-cv-02308-SPL<br><br>**Notice of Settlement** |

Pursuant to LR Civ 40.2(d), Plaintiff Rolex Watch U.S.A., Inc. ("Rolex" or "Plaintiff") notifies the Court that the parties have reached a settlement and are in

process of executing the agreement. Once the agreement has been fully executed, the parties will file a stipulated consent judgment to conclude this matter.

RESPECTFULLY SUBMITTED this 12th day of November, 2018.

By   /s/ Sean D. Garrison
Glenn S. Bacal (AZ Bar No. 006812)
Sean D. Garrison (AZ Bar No. 014436)
BACAL LAW GROUP, P.C.
D/B/A/ BACAL & GARRISON LAW GROUP
E-mail: glenn.bacal@bacalgroup.com
E-mail: sean.garrison@bacalgroup.com
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Telephone: (480) 245-6230
Fax: (480) 245-6231

GIBNEY ANTHONY & FLAHERTY, LLP
    Brian W. Brokate (admitted pro hac vice)
    Beth M. Frenchman (admitted pro hac vice)
    Maja Szumarska (admitted pro hac vice)

*Attorneys for Plaintiff*
*Rolex Watch U.S.A., Inc.*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 12, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul D. Ticen
Paul Ticen Law
3195 S. Price Road, Suite 148
Chandler, Arizona 85248
Tel: 480-646-9382
Fax: (480) 420-3825
paul@paulticenlaw.com

*Attorney for Defendants Vintage Watchmaker LLC and Jensen Dinh*

         /s/Sean D. Garrison